**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ROBERT F. BOOTH TRUST and RONALD GROSS, derivatively on behalf of nominal defendant SEARS HOLDINGS CORPORATION, | ) ) ) ) | No. 1:09-cv-05314 |
| Plaintiff, | ) ) | Hon. Ronald A. Guzmán |
| v. | ) ) | |
| WILLIAM C. CROWLEY, EDWARD S. LAMPERT, STEVEN T. MNUCHIN, RICHARD C. PERRY, ANN N. REESE, KEVIN B. ROLLINS, EMILY SCOTT, and THOMAS J. TISCH, | ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| SEARS HOLDINGS CORPORATION, | ) ) | |
| Nominal Defendant. | ) ) | |

**NOTICE OF MOTION TO APPROVE THE SETTLEMENT**

To:

David Geerdes
James A. Klenk
Christopher Q. King
Sonnenschein Nath &
 Rosenthal LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606

Paula E. Litt
Kristen E. Hudson
Schopf & Weiss LLP
One South Wacker Drive
28th Floor
Chicago, Illinois 60606

Paul Vizcarrondo, Jr.
Jonathon R. LaChappelle
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019

PLEASE TAKE NOTCE that on Friday, July 9, 2010, at 10:00 a.m., the undersigned shall appear before the Honorable Ronald A. Guzman in Room 1219, at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiffs' Motion to Approve the Settlement.

| | |
|---|---|
| Dated: July 2, 2010 | Respectfully submitted, |
| | /s/ Matthew T. Hurst |
| **VIANALE & VIANALE LLP** | **SUSMAN HEFFNER & HURST LLP** |
| Kenneth J. Vianale | Matthew T. Hurst |
| 2499 Glades Road, Suite 112 | 20 South Clark Street, Suite 600 |
| Boca Raton, Florida 33431 | Chicago, Illinois 60603 |
| T: 561-392-4750 | T: 312-346-3466 |
| F: 561-392-4775 | F: 312-346-2829 |
| | |
| **SARRAF GENTILE LLP** | *Liaison Counsel for Plaintiffs* |
| Ronen Sarraf | |
| Joseph Gentile | |
| 116 John Street, Suite 2310 | |
| New York, New York 10038 | |
| T: 212-868-3610 | |
| F: 212-918-7967 | |
| | |
| *Lead Counsel for Plaintiffs* | |