To: Clerk of the Court  
    United States District Court  
    Northern District of Illinois  
    Everett McKinley Dirksen  
    United States Courthouse  
    219 South Dearborn Street  
    Chicago, Illinois 60604

Wednesday, June 30, 2010

      Regarding Proposed Settlement of Shareholder Derivative Lawsuit  
      On Behalf of Sears Holdings Corporation  
  in Robert F. Booth Trust, et al V. Crowley, et al, No. 1:09-cv-05314

To the Court:

    I am a Sears Holdings Shareholder, which purchase was made prior to April 6, 2010.

    Printed Notice of this Settlement and Hearing is dated May 11, 2010 on page 7.

    This Notice was received by me in the U.S. Mail on June 28, 2010, or 17 days after its' May 11 published date.

    I hope that the Court will be understanding that receipt of the Notice on June 28 makes it impossible for me to comply with the requirement stated on page 6 that "objections and supporting papers must arrive at the Court and Plaintiff's Attorney by June 25, 2010."

    As a long-time Sears Retiree and Shareholder, I am concerned about proposals for the payment of approximately $925,000 in Attorney's fees and expenses.

    I feel that it is unfair for any of $925,000 expense to be ultimately borne by individual Shareholders, who had no part in engineering the Crowley/Meese selections.

    Clearly, Edward S. Lampert, the principal, owning investor of Sears Holdings was the architect and driving force behind the selection and installation of Directors Crowley and Meese. Lampert knew exactly what he was doing, and got what he wanted, as usual.

    The $925,000 charge should be borne individually and personally by Lampert, or shared by him with the other Directors who rubber-stamped his selection of Crowley and Meese.

                                  Sincerely,

                                        Melvin J. Schultz  
                                        3931 Brittany Rd.  
    Phone: 224-723-5105      Northbrook, IL 60062-2105

Copy to Plaintiff's Counsel:  
    Kenneth J. Vianale, Esq.  
    VIANALE & VIANALE LLP  
    2499 Glades Road, Suite 112  
    Boca Raton, Florida 33431    Tel.: (561) 392-4750