# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Robert F. Booth Trust

                          Plaintiff,

v.                                                     Case No.: 1:09−cv−05314
                                                           Honorable Ronald A. Guzman

William C Crowley, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 9, 2010:

      MINUTE entry before Honorable Ronald A. Guzman: Fairness and motion hearing held on 7/9/2010. Plaintiff's Motion for settlement [97] and Motion for attorneys fees [100] are entered and continued for hearing and fairness hearing on 8/27/2010 at 10:30 A.M. The parties are ordered to submit briefs and/or records, as stated in open court, by 7/23/2010. Briefs to be submitted in camera. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.