**FILED**
AUG 0 5 2010
8-5-2010
RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

09cv5314   MHW

09CV5314

July 24, 2010.

Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Dear Sir:

Please exclude me from the Sears class action Settlement, Case No. 1:09-CV-05314. Hon. Ronald A Guzman. Robert F Booth Trust and Ronald Gross v. William C Crowley, Edward S. Lampert, Steven T Mnuchin, Richard C Perry, Ann N. Reese, Kevin B Rollins, Emily Scott and Thomas J Tisch and Sears Holdings Corp.

My name is Katherine L Kough
17827 Valle de Lobo Dr
Poway, Calif. 92064

My cell # is 858-945-2823.

I wish not to be involved in a legal case.

Sincerely,
Katherine L Kough