UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
Eastern Division

Robert F. Booth Trust
                Plaintiff,

v.                               Case No.: 1:09−cv−05314
                                                     Honorable Ronald A. Guzman

William C Crowley, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 24, 2010:

      MINUTE entry before Honorable Ronald A. Guzman: Hearings regarding Plaintiff's Motion for settlement [97] and Motion for attorneys fees [100] and fairness hearing are reset to 9/10/2010 at 09:30 AM. on Court's own motion. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.