**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROBERT F. BOOTH TRUST and RONALD GROSS, derivatively on behalf of nominal defendant SEARS HOLDINGS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM C. CROWLEY, EDWARD S. LAMPERT, STEVEN T. MNUCHIN, RICHARD C. PERRY, ANN N. REESE, KEVIN B. ROLLINS, EMILY SCOTT and THOMAS J. TISCH, <br><br> Defendants, <br><br> and <br><br> SEARS HOLDINGS CORPORATION, <br><br> Nominal Defendant. | No. 1:09-cv-05314 <br><br> Hon. Ronald A. Guzmán |

**INDIVIDUAL DEFENDANTS' RESPONSE TO MOTION TO INTERVENE AND
OBJECTION OF THEODORE H. FRANK TO PROPOSED SETTLEMENT**

Defendants William C. Crowley, Edward S. Lampert, Steven T. Mnuchin, Richard C. Perry, Ann N. Reese, Kevin B. Rollins, Emily Scott and Thomas J. Tisch (the "Individual Defendants") submit the following response to the Motion to Intervene and Objection to the Settlement and Motion to Dismiss under Rule 23(a) submitted by Theodore H. Frank.

Mr. Frank's motion to intervene is directed to the attorney's fees to be paid to Plaintiffs' counsel. The Individual Defendants stipulated to the settlement and therefore take no position on that Motion or the purported "Motion to Dismiss under Rule 23(a)."[1]

As the Individual Defendants have stated previously, they have authorized the settlement of this litigation because it serves the interests of Sears Holdings Corporation's ("SHC" or the "Company") shareholders in at least two ways. First, settlement avoids the cost and distraction of continuing litigation. At the time of the settlement, the Individual Defendants' Motion to Dismiss had been denied, the Court had ordered expedited discovery and set a hearing on Plaintiffs' Motion for Preliminary Injunction, the Individual Defendants had retained an expert economist, and the parties were beginning to prepare for the hearing. The cost of continuing to litigate a complex case like this in the District Court and the Seventh Circuit, especially on the accelerated timeline that had been set would have been dramatically more than the settlement will cost. Second, settlement enables SHC to retain the services of Ann N. Reese, who chairs the SHC board Audit Committee, and is one of the board's two audit committee financial experts under the Sarbanes-Oxley Act. *See* SEC Reg. S-K, Item 407(d)(5). *See* Individual Defendants' Memorandum in Further Support of the Amended Joint Motion for Preliminary Approval of Settlement, Doc. # 89 (4/28/10), pp. 4-5.

---

[1] Pursuant to Paragraph 7.2 of the Stipulation, and Paragraph 12 of the Preliminary Approval Order, Defendants have denied the material allegations against them, and specifically deny that the "Settlement brings [Sears Holdings Corp] into compliance with the U.S. antitrust laws . . .." (Pl. Opp. To the Motion to Intervene and Objection of Theodore H. Frank and Motion to Dismiss Under Rule 23.1(A), # 119, p. 3.)

- 3 -

The Individual Defendants believe that the proposed settlement should be approved as being in the best interests of SHC's shareholders. Pursuant to the Stipulation, the Individual Defendants take no position on Plaintiffs' petition for attorney's fees.

| | |
|---|---|
| Dated: September 7, 2010 | Respectfully submitted, |
| *Of Counsel*: | /s/ Ramji Kaul<br>Christopher Q. King (#06189835)<br>Ramji Kaul (#6284924) |
| Paul Vizcarrondo, Jr.<br>Jonathan M. Moses<br>Amanda L. Straub<br>Jonathon R. La Chapelle<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, New York 10019<br>Tel: (212) 403-1000<br>Fax: (212) 403-2000 | SONNENSCHEIN, NATH & ROSENTHAL LLP<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, Illinois 60606<br>Tel: (312) 876-8000<br>Fax: (312) 876-7934 |

*Attorneys for the Individual Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2010, I electronically filed the foregoing **INDIVIDUAL DEFENDANTS' RESPONSE TO MOTION TO INTERVENE AND OBJECTION OF THEODORE H. FRANK TO PROPOSED SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to registered parties.

/s/ Ramji Kaul
Ramji Kaul
One of the attorneys for Defendants

12787051\V-5