# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Robert F. Booth Trust

                          Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:09−cv−05314
　　　　　　　　　　　　　　　　　　　Honorable Ronald A. Guzman

William C Crowley, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 10, 2010:

       MINUTE entry before Honorable Ronald A. Guzman: Fairness hearing held on 9/10/2010. Settlement agreement taken under advisement. Written opinion to be issued. Status hearing will be set after opinion has been issued if necessary. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.