

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

312-435-5670

October 21, 2010

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Robert F. Booth Trust v. Crowley et al

U.S.D.C. DOCKET NO. : 09cv5314

U.S.C.A. DOCKET NO. : 10-3285

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

ELECTRONIC  VOLUME(S) OF PLEADING(S)                    1

ELECTRONIC  VOLUME(S) OF TRANSCRIPT(S)                   1

 VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
   G. Lewis, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

1 Flash Drive of Pleadings
1 Flash Drive of Transcripts

In the cause entitled: Robert F. Booth Trust v. Crowley et al.

USDC NO.    : 09cv5314

USCA NO.    : 10-3285

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 21st day of October 2010.

MICHAEL W. DOBBINS, CLERK

By: _____
     G. Lewis, Deputy Clerk

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By s/ G. LEWIS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: OCTOBER 21, 2010

APPEAL, ASHMAN, CONSALL

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.1.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:09-cv-05314
## Internal Use Only

Robert F. Booth Trust v. Crowley et al
Assigned to: Honorable Ronald A. Guzman

Case in other court: 10-03285

Cause: 15:25 Clayton Act

Date Filed: 08/28/2009
Jury Demand: None
Nature of Suit: 160 Contract:
Stockholders Suits
Jurisdiction: Federal Question

**Plaintiff**

**Robert F. Booth Trust**
*derivatively on behalf of nominal
defendant Sears Holdings Corporation*

represented by **Joseph Gentile**
Sarraf Gentile LLP
485 Seventh Avenue
Suite 1005
New York, NY 10018
(212)868-3610
Email: joseph@sarrafgentile.com
*ATTORNEY TO BE NOTICED*

**Kenneth J Vianale**
Vianale & Vianale LLP
2499 Glades Road
Suite 112
Boca Raton, FL 33431
(561) 392-4750
Fax: (561) 392-4775
Email: kvianale@vianalelaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Todd Hurst**
Susman Heffner & Hurst LLP
Two First National Plaza
Suite 600
Chicago, IL 60603
312-346-3466

Fax: 312-346-2829
Email: mhurst@shhllp.com
*ATTORNEY TO BE NOTICED*

**Ronen Sarraf**
Sarraf Gentile LLP
485 Seventh Avenue
Suite 1005
New York, NY 10018
(212)868-3610
Email: ronen@sarrafgentile.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **William C Crowley** | represented by | **Christopher Qualley King** |

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606
(312)876-8000
Email:
christopher.king@snrdenton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Andrew Klenk**
SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606
(312)876-8000
Email: james.klenk@snrdenton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Geerdes**
SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606

(312) 876-2844
Email: dgeerdes@sonnenschein.com
*ATTORNEY TO BE NOTICED*

**La Chapelle Richard Jonathon**
Wachtell, Lipton, Rosen & Katz
51 W 52
New York, NY 10019
(212) 403-1000
Email: JRLaChapelle@wlrk.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul Vizcarrondo , Jr**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, HY 10019
(212)403-1000
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ramji B. Kaul**
SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606
(312)876-3484
Email: ramji.kaul@snrdenton.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edward S. Lampert**                     represented by **Christopher Qualley King**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Andrew Klenk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Geerdes**
(See above for address)

*ATTORNEY TO BE NOTICED*

**La Chapelle Richard Jonathon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul Vizcarrondo , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ramji B. Kaul**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven T Mnuchin**                    represented by **Christopher Qualley King**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Andrew Klenk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Geerdes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**La Chapelle Richard Jonathon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul Vizcarrondo , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ramji B. Kaul**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard C Perry**                 represented by **Christopher Qualley King**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Andrew Klenk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Geerdes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**La Chapelle Richard Jonathon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul Vizcarrondo , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ramji B. Kaul**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ann N Reese**                 represented by **Christopher Qualley King**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Andrew Klenk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Geerdes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**La Chapelle Richard Jonathon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul Vizcarrondo , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ramji B. Kaul**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin B Rollins**                    represented by **Christopher Qualley King**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Andrew Klenk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Geerdes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**La Chapelle Richard Jonathon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul Vizcarrondo , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ramji B. Kaul**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Emily Scott**                    represented by **Christopher Qualley King**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Andrew Klenk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Geerdes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**La Chapelle Richard Jonathon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul Vizcarrondo , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ramji B. Kaul**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas J Tisch**                    represented by **Christopher Qualley King**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Andrew Klenk**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**David R. Geerdes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**La Chapelle Richard Jonathon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul Vizcarrondo , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ramji B. Kaul**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sears Holding Corporation**      represented by **Kristen Elizabeth Hudson**
*Nominal Defendant*                Schopf & Weiss LLP
                                   One South Wacker Drive
                                   28th Floor
                                   Chicago, IL 60606
                                   (312) 701-9300
                                   Email: hudson@sw.com
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

                                   **Lesley Gayle Smith**
                                   Schopf & Weiss LLP
                                   One South Wacker Drive
                                   28th Floor
                                   Chicago, IL 60606
                                   (312) 701-9300
                                   Email: lgsmith@sw.com
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

                                   **Paula Enid Litt**
                                   Schopf & Weiss LLP

One South Wacker Drive
28th Floor
Chicago, IL 60606
(312) 701-9300
Email: litt@sw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2009 | 1 | COMPLAINT filed by Robert F. Booth Trust; n. Filing fee $ 350, receipt number 0752000000004051781. (Attachments: # 1 Exhibit Signed Verification)(Hurst, Matthew) (Entered: 08/28/2009) |
| 08/28/2009 | 2 | CIVIL Cover Sheet (Hurst, Matthew) (Entered: 08/28/2009) |
| 08/28/2009 | 3 | ATTORNEY Appearance for Plaintiff Robert F. Booth Trust by Matthew Todd Hurst (Hurst, Matthew) (Entered: 08/28/2009) |
| 08/28/2009 | | CASE ASSIGNED to the Honorable Ronald A. Guzman. Designated as Magistrate Judge the Honorable Martin C. Ashman. (tc, ) (Entered: 08/28/2009) |
| 09/02/2009 | 4 | MINUTE entry before the Honorable Ronald A. Guzman: The Court orders the parties to appear for an initial status hearing. All parties shall refer to and comply with Judge Guzman's requirements for the initial appearance as outlined in Judge Guzman's case management procedures, which can be found at: www.ilnd.uscourts.gov. Status hearing set for 10/30/2009 at 09:30 AM. Mailed notice (cjg, ) (Entered: 09/02/2009) |
| 09/02/2009 | 5 | SUMMONS Issued, nine originals as to Defendants Emily Scott, Thomas J Tisch, Sears Holding Corporation, William C Crowley, Edward S. Lampert, Steven T Mnuchin, Richard C Perry, Ann N Reese, Kevin B Rollins (ca, ). (Entered: 09/02/2009) |
| 09/03/2009 | 6 | ALIAS Summons Issued as to Sears Holding Corp. (cdy, ) (Entered: 09/04/2009) |
| 09/04/2009 | 7 | SUMMONS Returned Executed by Robert F. Booth Trust as to Emily Scott on 9/2/2009, answer due 9/22/2009; Thomas J Tisch on 9/2/2009, answer due 9/22/2009; Sears Holding Corporation on 9/2/2009, answer due 9/22/2009; William C Crowley on 9/2/2009, answer due 9/22/2009; Edward S. Lampert on 9/2/2009, answer due 9/22/2009; Steven T Mnuchin on 9/2/2009, answer due 9/22/2009; Richard C Perry on 9/2/2009, answer due 9/22/2009; Ann N Reese on 9/2/2009, answer due 9/22/2009; Kevin B Rollins on 9/2/2009, answer due 9/22/2009. (Hurst, Matthew) (Entered: 09/04/2009) |

| 09/04/2009 | 8 | NOTICE by Robert F. Booth Trust re summons returned executed,, 7 (Hurst, Matthew) (Entered: 09/04/2009) |
|---|---|---|
| 09/04/2009 | 9 | SUMMONS Returned Executed by Robert F. Booth Trust as to Sears Holding Corporation on 9/4/2009, answer due 9/24/2009. (Hurst, Matthew) (Entered: 09/04/2009) |
| 09/04/2009 | 10 | NOTICE by Robert F. Booth Trust re summons returned executed 9 *Alias Summons for Nominal Defendant Sears Holdings Corporation* (Hurst, Matthew) (Entered: 09/04/2009) |
| 09/14/2009 | 11 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752000000004093873. (Gentile, Joseph) (Entered: 09/14/2009) |
| 09/14/2009 | 12 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752000000004093896. (Sarraf, Ronen) (Entered: 09/14/2009) |
| 09/16/2009 | 13 | MOTION by Plaintiff Robert F. Booth TrustFinding of Relatedness (Hurst, Matthew) (Entered: 09/16/2009) |
| 09/16/2009 | 14 | NOTICE of Motion by Matthew Todd Hurst for presentment of motion for miscellaneous relief 13 before Honorable Ronald A. Guzman on 9/24/2009 at 09:30 AM. (Hurst, Matthew) (Entered: 09/16/2009) |
| 09/21/2009 | 15 | ATTORNEY Appearance for Defendants Emily Scott, Thomas J Tisch, William C Crowley, Edward S. Lampert, Steven T Mnuchin, Richard C Perry, Ann N Reese, Kevin B Rollins by David R. Geerdes (Geerdes, David) (Entered: 09/21/2009) |
| 09/21/2009 | 16 | ATTORNEY Appearance for Defendants Emily Scott, Thomas J Tisch, William C Crowley, Edward S. Lampert, Steven T Mnuchin, Richard C Perry, Ann N Reese, Kevin B Rollins by James Andrew Klenk (Klenk, James) (Entered: 09/21/2009) |
| 09/21/2009 | 17 | ATTORNEY Appearance for Defendants Emily Scott, Thomas J Tisch, William C Crowley, Edward S. Lampert, Steven T Mnuchin, Richard C Perry, Ann N Reese, Kevin B Rollins by Christopher Qualley King (King, Christopher) (Entered: 09/21/2009) |
| 09/23/2009 | 18 | MINUTE entry before the Honorable Ronald A. Guzman: Application for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752000000004093873. (Gentile, Joseph) 11 is granted. Application for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752000000004093896. (Sarraf, Ronen) 12 is granted. Motion by Plaintiff Robert F. Booth Trust for Finding of Relatedness with 09 C 5705 13 is granted. Mailed notice (cjg, ) (Entered: 09/23/2009) |
| 09/23/2009 | 19 | ATTORNEY Appearance for Defendant Sears Holding Corporation by Paula Enid Litt (Litt, Paula) (Entered: 09/23/2009) |
| 09/23/2009 | 20 | ATTORNEY Appearance for Defendant Sears Holding Corporation by |

| | | Kristen Elizabeth Hudson (Hudson, Kristen) (Entered: 09/23/2009) |
|---|---|---|
| 09/24/2009 | 21 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752000000004130860. (Vianale, Kenneth) (Entered: 09/24/2009) |
| 09/24/2009 | 22 | MOTION by Plaintiff Robert F. Booth Trust to consolidate cases *and to appoint a Leadership Structure for Plaintiffs* (Hurst, Matthew) (Entered: 09/24/2009) |
| 09/24/2009 | 23 | MEMORANDUM by Robert F. Booth Trust in support of motion to consolidate cases 22 *and to Appoint a Leadership Structure for Plaintiffs* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Errata C)(Hurst, Matthew) (Entered: 09/24/2009) |
| 09/24/2009 | 24 | WAIVER OF SERVICE returned executed by Robert F. Booth Trust. (Hurst, Matthew) (Entered: 09/24/2009) |
| 09/24/2009 | 25 | NOTICE by Robert F. Booth Trust re waiver of service executed 24 (Hurst, Matthew) (Entered: 09/24/2009) |
| 09/25/2009 | 26 | NOTICE of Motion by Matthew Todd Hurst for presentment of motion to consolidate cases 22 before Honorable Ronald A. Guzman on 9/29/2009 at 09:30 AM. (Hurst, Matthew) (Entered: 09/25/2009) |
| 09/25/2009 | 27 | WAIVER OF SERVICE returned executed by Robert F. Booth Trust. (Hurst, Matthew) (Entered: 09/25/2009) |
| 09/25/2009 | 28 | NOTICE by Robert F. Booth Trust re waiver of service executed 27 (Hurst, Matthew) (Entered: 09/25/2009) |
| 09/25/2009 | 29 | WAIVER OF SERVICE returned executed by Robert F. Booth Trust. William C Crowley waiver sent on 9/2/2009, answer due 11/2/2009. (Hurst, Matthew) (Entered: 09/25/2009) |
| 09/25/2009 | 30 | WAIVER OF SERVICE returned executed by Robert F. Booth Trust. Edward S. Lampert waiver sent on 9/2/2009, answer due 11/2/2009. (Hurst, Matthew) (Entered: 09/25/2009) |
| 09/25/2009 | 31 | WAIVER OF SERVICE returned executed by Steven T Mnuchin. Steven T Mnuchin waiver sent on 9/2/2009, answer due 11/2/2009. (Hurst, Matthew) (Entered: 09/25/2009) |
| 09/25/2009 | 32 | WAIVER OF SERVICE returned executed by Robert F. Booth Trust. Richard C Perry waiver sent on 9/2/2009, answer due 11/2/2009. (Hurst, Matthew) (Entered: 09/25/2009) |
| 09/25/2009 | 33 | WAIVER OF SERVICE returned executed by Robert F. Booth Trust. Ann N Reese waiver sent on 9/2/2009, answer due 11/2/2009. (Hurst, Matthew) (Entered: 09/25/2009) |
| 09/25/2009 | 34 | WAIVER OF SERVICE returned executed by Robert F. Booth Trust. Kevin B Rollins waiver sent on 9/2/2009, answer due 11/2/2009. (Hurst, Matthew) (Entered: 09/25/2009) |

| 09/25/2009 | 35 | WAIVER OF SERVICE returned executed by Robert F. Booth Trust. Emily Scott waiver sent on 9/2/2009, answer due 11/2/2009. (Hurst, Matthew) (Entered: 09/25/2009) |
|---|---|---|
| 09/25/2009 | 36 | WAIVER OF SERVICE returned executed by Robert F. Booth Trust. Thomas J Tisch waiver sent on 9/2/2009, answer due 11/2/2009. (Hurst, Matthew) (Entered: 09/25/2009) |
| 09/28/2009 | 37 | MINUTE entry before the Honorable Ronald A. Guzman: Application for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752000000004130860. 21 is granted. Mailed notice (cjg, ) Modified on 9/29/2009 (cdy, ). (Entered: 09/28/2009) |
| 09/28/2009 | 38 | MINUTE entry before the Honorable Ronald A. Guzman: Unopposed motion by Plaintiff Robert F. Booth Trust to consolidate cases and to appoint a Leadership Structure for Plaintiffs 22 is granted. It is hereby ordered that 09 C 5705 is consolidated for all purposes with 09 C 5314. All issues having been consolidated under 09 C 5314, case number 09 C 5705 is hereby dismissed. All future pleadings are to be filed in 09 C 5314. Amended consolidated complaint to be filed on or before 10/13/09. The Court appoints Vianale & Vianale LLP and Sarraf Gentile LLP as Lead Counsel and appoints Susman Feffner & Hurst LLP as Liaison Counsel. Status hearing set for 10/30/09 to stand. Mailed notice (cjg, ) (Entered: 09/28/2009) |
| 09/29/2009 | | (Court only) ***Set/Clear Flags - Consolidated for all purposes. (cdy, ) (Entered: 09/29/2009) |
| 09/29/2009 | 39 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752000000004144621. (Vizcarrondo, Paul) (Entered: 09/29/2009) |
| 09/29/2009 | 40 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752000000004144677. (Jonathon, La Chapelle) (Entered: 09/29/2009) |
| 10/01/2009 | 41 | ATTORNEY Appearance for Plaintiff Robert F. Booth Trust by Joseph Gentile (Gentile, Joseph) (Entered: 10/01/2009) |
| 10/01/2009 | 42 | ATTORNEY Appearance for Plaintiff Robert F. Booth Trust by Ronen Sarraf (Sarraf, Ronen) (Entered: 10/01/2009) |
| 10/01/2009 | 43 | ATTORNEY Appearance for Plaintiff Robert F. Booth Trust by Kenneth J Vianale (Vianale, Kenneth) (Entered: 10/01/2009) |
| 10/09/2009 | 44 | MINUTE entry before the Honorable Ronald A. Guzman: Status hearing set for 10/30/09 is reset to 11/6/2009 at 09:30 AM. on request of parties. Mailed notice (cjg, ) (Entered: 10/09/2009) |
| 10/13/2009 | 45 | AMENDED Consolidated Verified Derivative Complaint by Robert F. Booth Trust against all defendants (Attachments: # 1 Verifications)(Hurst, Matthew) Modified on 10/14/2009 (ca, ). (Entered: 10/13/2009) |

| | | |
|---|---|---|
| 10/13/2009 | 46 | NOTICE by Robert F. Booth Trust re amended complaint 45 (Hurst, Matthew) (Entered: 10/13/2009) |
| 11/03/2009 | 47 | JOINT Initial Status Report by Emily Scott, Thomas J Tisch, Sears Holding Corporation, Robert F. Booth Trust, William C Crowley, Edward S. Lampert, Steven T Mnuchin, Richard C Perry, Ann N Reese, Kevin B Rollins (Geerdes, David) Modified on 11/4/2009 (ca, ). (Entered: 11/03/2009) |
| 11/04/2009 | 48 | Duplicate entry of #49 (cjg, ) Modified on 11/6/2009 (ca, ). (Entered: 11/04/2009) |
| 11/04/2009 | 49 | MINUTE entry before the Honorable Ronald A. Guzman: Status hearing set for 11/6/09 is reset to 11/9/2009 at 09:30 AM. on Court's own motion. Mailed notice (cjg, ) (Entered: 11/04/2009) |
| 11/06/2009 | 50 | NOTICE of Correction 48 (ca, ). (Entered: 11/06/2009) |
| 11/09/2009 | 51 | MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 11/9/2009. Defendants' motion to dismiss and memorandum in support due by 11/20/2009. Response due 12/7/09. Reply due 12/22/09. Ruling to be by mail. Mailed notice (cjg, ) Modified on 11/24/2009 (cjg, ). (Entered: 11/10/2009) |
| 11/09/2009 | 52 | MINUTE entry before the Honorable Ronald A. Guzman: Application for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 07520000000004144621. (Vizcarrondo, Paul) 39 is granted. Application for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 07520000000004144677. (Jonathon, La Chapelle) 40 is granted. Mailed notice (cjg, ) (Entered: 11/10/2009) |
| 11/20/2009 | 53 | MOTION by Defendants Emily Scott, Thomas J Tisch, William C Crowley, Edward S. Lampert, Steven T Mnuchin, Richard C Perry, Ann N Reese, Kevin B Rollins to dismiss pursuant to Rules 12(b)(6) and 23.1(b)(3) (Attachments: # 1 Exhibit)(King, Christopher) Modified on 11/23/2009 (ca, ). (Entered: 11/20/2009) |
| 11/20/2009 | 54 | MEMORANDUM by Emily Scott, Thomas J Tisch, William C Crowley, Edward S. Lampert, Steven T Mnuchin, Richard C Perry, Ann N Reese, Kevin B Rollins in support of motion to dismiss pursuant to Rules 12(b)(6) and 23.1(b)(3) 53 (King, Christopher) Modified on 11/23/2009 (ca, ). (Entered: 11/20/2009) |
| 11/20/2009 | 55 | MOTION by Defendant Sears Holding Corporation to dismiss the Amended Consolidated Complaint Pursuant to Rules 12(B)(6) and 23.1(b)(3) (Hudson, Kristen) Modified on 11/23/2009 (ca, ). (Entered: 11/20/2009) |
| 12/07/2009 | 56 | MEMORANDUM of Law by Robert F. Booth Trust in Opposition to motion to dismiss, 53 (Attachments: # 1 Declaration of Kenneth J. Vianale, # 2 Exhibit A to Declaration of Kenneth J. Vianale, # 3 Exhibit B to |

| | | |
|---|---|---|
| | | Declaration of Kenneth J. Vianale, # 4 Exhibit C to Declaration of Kenneth J. Vianale, # 5 Exhibit D to Declaration of Kenneth J. Vianale, # 6 Exhibit E to Declaration of Kenneth J. Vianale, # 7 Exhibit F to Declaration of Kenneth J. Vianale, # 8 Exhibit G to Declaration of Kenneth J. Vianale, # 9 Exhibit H to Declaration of Kenneth J. Vianale, # 10 Exhibit I to Declaration of Kenneth J. Vianale)(Hurst, Matthew) Modified on 12/8/2009 (ca, ). (Entered: 12/07/2009) |
| 12/07/2009 | 57 | NOTICE by Robert F. Booth Trust re memorandum in opposition to motion,, 56 *to Dismiss* (Hurst, Matthew) (Entered: 12/07/2009) |
| 12/22/2009 | 58 | REPLY by William C Crowley, Edward S. Lampert, Steven T Mnuchin, Richard C Perry, Ann N Reese, Kevin B Rollins, Emily Scott, Thomas J Tisch to memorandum in opposition to motion,, 56 , MOTION by Defendants Emily Scott, Thomas J Tisch, William C Crowley, Edward S. Lampert, Steven T Mnuchin, Richard C Perry, Ann N Reese, Kevin B Rollins to dismiss 53 (King, Christopher) (Entered: 12/22/2009) |
| 12/22/2009 | 59 | REPLY by Defendant Sears Holding Corporation *in Support of Its Motion to Dismiss the Amended Consolidated Complaint Pursuant to Rules 12(B)(6) and 23.1(B)(3)* (Hudson, Kristen) (Entered: 12/22/2009) |
| 01/05/2010 | 60 | MOTION by Plaintiff Robert F. Booth Trust for leave to file *Sur-reply* (Attachments: # 1 Exhibit Sur-reply)(Hurst, Matthew) (Entered: 01/05/2010) |
| 01/05/2010 | 61 | NOTICE of Motion by Matthew Todd Hurst for presentment of motion for leave to file 60 before Honorable Ronald A. Guzman on 1/19/2010 at 09:30 AM. (Hurst, Matthew) (Entered: 01/05/2010) |
| 01/12/2010 | 62 | OPPOSITION by William C Crowley, Edward S. Lampert, Steven T Mnuchin, Richard C Perry, Ann N Reese, Kevin B Rollins, Emily Scott, Thomas J Tisch to Plaintiff's motion for leave to file sur-reply 60 (King, Christopher) Modified on 1/13/2010 (ca, ). (Entered: 01/12/2010) |
| 01/14/2010 | 63 | MINUTE entry before Honorable Ronald A. Guzman: Motion by Plaintiff Robert F. Booth Trust for leave to file Sur-reply 60 is denied. Mailed notices. (cjg, ) (Entered: 01/14/2010) |
| 02/26/2010 | 64 | MINUTE entry before Honorable Ronald A. Guzman: Pursuant to Memorandum Opinion and Order dated 2/26/10, the Court denies defendants' motions to dismiss [doc. nos.53 & 55]. Mailed notice (cjg, ) (Entered: 03/02/2010) |
| 02/26/2010 | 65 | MEMORANDUM Opinion and Order Signed by the Honorable Ronald A. Guzman on 2/26/2010. Mailed notice (cjg, ) (Entered: 03/02/2010) |
| 03/02/2010 | 66 | MINUTE entry before Honorable Ronald A. Guzman: Status hearing set for 3/29/2010 at 09:30 AM.Mailed notice (cjg, ) (Entered: 03/02/2010) |
| 03/05/2010 | 67 | MOTION by Plaintiff Robert F. Booth Trust for preliminary injunction |

| | | (Hurst, Matthew) (Entered: 03/05/2010) |
|---|---|---|
| 03/05/2010 | 68 | MEMORANDUM by Robert F. Booth Trust in support of motion for preliminary injunction 67 (Hurst, Matthew) (Entered: 03/05/2010) |
| 03/05/2010 | 69 | NOTICE of Motion by Matthew Todd Hurst for presentment of motion for preliminary injunction 67 before Honorable Ronald A. Guzman on 3/11/2010 at 09:30 AM. (Hurst, Matthew) (Entered: 03/05/2010) |
| 03/10/2010 | 70 | ATTORNEY Appearance for Defendants William C Crowley, Edward S. Lampert, Steven T Mnuchin, Richard C Perry, Ann N Reese, Kevin B Rollins, Emily Scott, Thomas J Tisch by Ramji B. Kaul (Kaul, Ramji) Modified on 3/11/2010 (kj, ). (Entered: 03/10/2010) |
| 03/11/2010 | 71 | MINUTE entry before Honorable Ronald A. Guzman: Motion hearing held on 3/11/2010 regarding motion by Plaintiff Robert F. Booth Trust for preliminary injunction 67 . Discovery due by 3/15/10. All response to discovery due by 3/17/10. Status hearing set for 3/18/2010 at 09:30 AM. Mailed notice (cjg, ) (Entered: 03/12/2010) |
| 03/12/2010 | 72 | MOTION by Defendants William C Crowley, Edward S. Lampert, Steven T Mnuchin, Richard C Perry, Ann N Reese, Kevin B Rollins, Emily Scott, Thomas J Tisch for 7-Day Enlargement of time to file answer (King, Christopher) Modified on 3/15/2010 (ca, ). (Entered: 03/12/2010) |
| 03/12/2010 | 73 | NOTICE of Motion by Christopher Qualley King for presentment of motion for extension of time to file answer 72 before Honorable Ronald A. Guzman on 3/16/2010 at 09:30 AM. (King, Christopher) (Entered: 03/12/2010) |
| 03/15/2010 | 74 | MINUTE entry before Honorable Ronald A. Guzman: Motion by Defendants William C Crowley, Edward S. Lampert, Steven T Mnuchin, Richard C Perry, Ann N Reese, Kevin B Rollins, Emily Scott, Thomas J Tisch for 7-Day Enlargement of time to file answer 72 is withdrawn. Mailed notice (cjg, ) (Entered: 03/15/2010) |
| 03/16/2010 | 75 | ANSWER to the Amended Consolidated Verified Derivative Complaint by William C Crowley, Edward S. Lampert, Steven T Mnuchin, Richard C Perry, Ann N Reese, Kevin B Rollins, Emily Scott, Thomas J Tisch(Kaul, Ramji) Modified on 3/17/2010 (ca, ). (Entered: 03/16/2010) |
| 03/16/2010 | 76 | NOTICE of Position with Respect to Its Answer and Defense on the Merits by Sears Holding Corporation (Hudson, Kristen) Modified on 3/17/2010 (ca, ). (Entered: 03/16/2010) |
| 03/16/2010 | 77 | CERTIFICATE of Service *accompanying the foregoing INDIVIDUAL DEFENDANTS' ANSWER TO THE AMENDED CONSOLIDATED VERIFIED DERIVATIVE COMPLAINT* (Kaul, Ramji) (Entered: 03/16/2010) |
| 03/18/2010 | 78 | MINUTE entry before Honorable Ronald A. Guzman: Status hearing held on 3/18/2010. Set hearing as to motion by Plaintiff for preliminary |

| | | |
|---|---|---|
| | | injunction 67 : Motion Hearing set for 3/24/2010 at 09:30 AM. Mailed notice (cjg, ) (Entered: 03/18/2010) |
| 03/19/2010 | 79 | MINUTE entry before Honorable Ronald A. Guzman: Motion by Plaintiff Robert F. Booth Trust for preliminary injunction 67 is withdrawn. Status hearing reset for 4/19/2010 at 09:30 AM. Mailed notice (cjg, ) (Entered: 03/19/2010) |
| 04/16/2010 | 80 | JOINT MOTION by Plaintiff Robert F. Booth Trust for Preliminary Approval of Settlement (Hurst, Matthew) Modified on 4/19/2010 (ca, ). (Entered: 04/16/2010) |
| 04/16/2010 | 81 | NOTICE of Motion by Matthew Todd Hurst for presentment of joint motion for preliminary approval 80 before Honorable Ronald A. Guzman on 4/19/2010 at 09:30 AM. (Hurst, Matthew) Modified on 4/19/2010 (ca, ). (Entered: 04/16/2010) |
| 04/16/2010 | 82 | MEMORANDUM of Law by Robert F. Booth Trust in support of joint motion for preliminary approval of settlement 80 (Attachments: # 1 Stipulation of Settlement)(Hurst, Matthew) Modified on 4/19/2010 (ca, ). (Entered: 04/16/2010) |
| 04/16/2010 | 83 | MEMORANDUM by William C Crowley, Edward S. Lampert, Steven T Mnuchin, Richard C Perry, Ann N Reese, Kevin B Rollins, Emily Scott, Thomas J Tisch in support of joint motion for preliminary approval of settlement 80 (Kaul, Ramji) Modified on 4/19/2010 (ca, ). (Entered: 04/16/2010) |
| 04/19/2010 | 84 | MINUTE entry before Honorable Ronald A. Guzman: Status hearing held on 4/19/2010. Hearing on JOINT MOTION by Plaintiff Robert F. Booth Trust for Preliminary Approval of Settlement 80 : entered and continued to 4/29/2010 at 09:30 AM.Mailed notice (cjg, ) (Entered: 04/19/2010) |
| 04/28/2010 | 85 | MINUTE entry before Honorable Ronald A. Guzman: Hearing on motion by Plaintiff Robert F. Booth Trust for Preliminary Approval of Settlement 80 reset to 4/29/2010 at 09:00 AM. **NOTE TIME CHANGE ONLY. Mailed notice (cjg, ) (Entered: 04/28/2010) |
| 04/28/2010 | "T YP E= PIC T:A LT =*" | JOINT Amended Motion by Plaintiff Robert F. Booth Trust for Preliminary Approval of Settlement (Attachments: # 1 Exhibit A)(Hurst, Matthew) Modified on 4/29/2010 (ca, ). (Entered: 04/28/2010) |

| | | |
|---|---|---|
| | | **Image Not Available** |
| | 86 | |
| 04/28/2010 | 87 | MEMORANDUM of Law by Robert F. Booth Trust in support of joint amended motion for preliminary approval of settlement 86 (Attachments: # 1 Amended Stipulation of Settlement)(Hurst, Matthew) Modified on 4/29/2010 (ca, ). (Entered: 04/28/2010) |
| 04/28/2010 | 88 | NOTICE of Motion by Matthew Todd Hurst for presentment of motion to amend/correct 86 before Honorable Ronald A. Guzman on 4/29/2010 at 09:00 AM. (Hurst, Matthew) (Entered: 04/28/2010) |
| 04/28/2010 | 89 | MEMORANDUM by William C Crowley, Edward S. Lampert, Steven T Mnuchin, Richard C Perry, Ann N Reese, Kevin B Rollins, Emily Scott, Thomas J Tisch in further support of the amended joint motion for preliminary approval of settlement 86 (Attachments: # 1 Exhibit, # 2 Exhibit)(Kaul, Ramji) Modified on 4/29/2010 (ca, ). (Entered: 04/28/2010) |
| 04/28/2010 | 90 | ATTORNEY Appearance for Defendant Sears Holding Corporation by Lesley Gayle Smith (Smith, Lesley) (Entered: 04/28/2010) |
| 04/29/2010 | 91 | MINUTE entry before Honorable Ronald A. Guzman: Motion hearing held on 4/29/2010 regarding joint motion by Plaintiff Robert F. Booth Trust for Preliminary Approval of Settlement 86 . Order to issue. Mailed notice (cjg, ) (Entered: 04/29/2010) |
| 05/11/2010 | 92 | MINUTE entry before Honorable Ronald A. Guzman: Enter preliminary approval order. Final approval hearing set for 7/9/10 at 10:00 a.m.Mailed notice (ca, ) (Entered: 05/17/2010) |
| 05/11/2010 | 93 | PRELIMINARY Approval Order Signed by the Honorable Ronald A. Guzman on 5/11/2010(ca, ). (Entered: 05/17/2010) |
| 06/14/2010 | 94 | LETTER from Billy R. Jackson (ca, ). (Entered: 06/16/2010) |
| 06/16/2010 | 95 | LETTER from Roger Neetz dated 6/6/10 (ca, ). (Entered: 06/18/2010) |
| 06/16/2010 | 96 | NOTICE of Appearance by Robert W. Orlick (Exhibits) (ca, ) (Entered: 06/18/2010) |
| 07/01/2010 | 106 | LETTER from Katherine L. Kough dated 6/28/10 (ca, ). (Entered: 07/06/2010) |
| 07/01/2010 | 107 | OBJECTION of Theodore H. Frank (ca, ). (Entered: 07/06/2010) |
| 07/02/2010 | ""T | MOTION by Plaintiff Robert F. Booth Trust to Approve the settlement |

YP(Hurst, Matthew) Modified on 7/6/2010 (ca, ). (Entered: 07/02/2010)
E=
PIC
T;A
LT
=*"

9
7

| | | |
|---|---|---|
| 07/02/2010 | 98 | MEMORANDUM of Law in Support of Plaintiffs' Motion to Approve the Settlement 97 (Attachments: # 1 Declaration Joint Declaration in Support of Final Settlement Approval)(Hurst, Matthew) Modified on 7/2/2010 (tc, ). Modified on 7/6/2010 (ca, ). (Entered: 07/02/2010) |
| 07/02/2010 | 99 | Document entered in error (Hurst, Matthew) Modified on 7/6/2010 (ca, ). (Entered: 07/02/2010) |
| 07/02/2010 | "TYPE=PICT;ALT=*" 100 | MOTION by Plaintiff Robert F. Booth Trust to Approve Attorneys' Fees (Hurst, Matthew) Modified on 7/6/2010 (ca, ). (Entered: 07/02/2010)<br><br>Image Not Available |
| 07/02/2010 | 101 | STATEMENT by Defendants William C Crowley, Edward S. Lampert, Steven T Mnuchin, Richard C Perry, Ann N Reese, Kevin B Rollins, Emily Scott, Thomas J Tischin Support of MOTION by Plaintiff Robert F. Booth Trust for settlement *Motion to Approve Settlement* 97 (Kaul, Ramji) (Entered: 07/02/2010) |
| 07/02/2010 | 102 | MEMORANDUM by Robert F. Booth Trust in support of motion for attorney fees 100 *Memorandum of Law in Support of Plaintiffs' Motion to Approve Attorneys' Fees* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Hurst, Matthew) (Entered: 07/02/2010) |
| 07/02/2010 | 103 | Document entered in error (Hurst, Matthew) Modified on 7/6/2010 (ca, ). (Entered: 07/02/2010) |
| 07/02/2010 | 104 | CERTIFICATE of Service by Plaintiff Robert F. Booth Trust regarding memorandum in support of motion, 102 , notice of filing 99 , memorandum in support of motion 98 , notice of filing, 103 , MOTION by Plaintiff Robert F. Booth Trust for attorney fees *Plaintiffs' Motion to Approve Attorneys' Fees* 100 , MOTION by Plaintiff Robert F. Booth Trust for settlement *Motion to Approve Settlement* 97 *Certificate of Service* (Hurst, Matthew) (Entered: 07/02/2010) |
| 07/02/2010 | 105 | CERTIFICATE of Service by Defendants William C Crowley, Edward S. Lampert, Steven T Mnuchin, Richard C Perry, Ann N Reese, Kevin B |

| | | |
|---|---|---|
| | | Rollins, Emily Scott, Thomas J Tisch regarding statement in support, 101 *of Motion to Approve Settlement* (Kaul, Ramji) (Entered: 07/02/2010) |
| 07/06/2010 | 108 | Document entered in error (Hurst, Matthew) Modified on 7/6/2010 (ca, ). (Entered: 07/06/2010) |
| 07/06/2010 | 109 | Document entered in error (Hurst, Matthew) Modified on 7/6/2010 (ca, ). (Entered: 07/06/2010) |
| 07/06/2010 | 110 | *Notice of Motion to Approve Settlement* NOTICE of Motion by Matthew Todd Hurst for presentment of motion for settlement 97 before Honorable Ronald A. Guzman on 7/9/2010 at 10:00 AM. (Hurst, Matthew) (Entered: 07/06/2010) |
| 07/06/2010 | 111 | *Notice of Motion to Approve Attorneys' Fees* NOTICE of Motion by Matthew Todd Hurst for presentment of motion for attorney fees 100 before Honorable Ronald A. Guzman on 7/9/2010 at 10:00 AM. (Hurst, Matthew) (Entered: 07/06/2010) |
| 07/06/2010 | 112 | NOTICE of Correction 99 103 108 109 (ca, ). (Entered: 07/06/2010) |
| 07/06/2010 | 114 | LETTER from Melvin J. Schultz dated 6/30/10 (ca, ). (Entered: 07/08/2010) |
| 07/07/2010 | 113 | OBJECTIONS *Melvin J. Schultz Objection* (Hurst, Matthew) (Entered: 07/07/2010) |
| 07/09/2010 | 115 | MINUTE entry before Honorable Ronald A. Guzman: Fairness and motion hearing held on 7/9/2010. Plaintiff's Motion for settlement 97 and Motion for attorneys fees 100 are entered and continued for hearing and fairness hearing on 8/27/2010 at 10:30 A.M. The parties are ordered to submit briefs and/or records, as stated in open court, by 7/23/2010. Briefs to be submitted in camera. Mailed notice by judge's staff. (srb,) (Entered: 07/09/2010) |
| 08/05/2010 | 116 | LETTER from Katherine Kough dated July 24, 2010. (lp, ) (Entered: 08/10/2010) |
| 08/16/2010 | 117 | MOTION to intervene and objection and Motion to dismiss under rule 23.1(a) by Theodore H. Frank. (lp, ) (Entered: 08/20/2010) |
| 08/16/2010 | 118 | PROPOSED Pleading of Objector/Intervenor Theodore H. Frank. (lp, ) (Entered: 08/20/2010) |
| 08/23/2010 | 123 | LETTER from Veronica Chemers dated July 14, 2010. (Exhibit). (lp, ) (Entered: 08/27/2010) |
| 08/24/2010 | 119 | MEMORANDUM by Robert F. Booth Trust in Opposition to motion to intervene 117 (Attachments: # 1 Exhibit A)(Hurst, Matthew) (Entered: 08/24/2010) |
| 08/24/2010 | 120 | NOTICE by Robert F. Booth Trust re memorandum in opposition to motion 119 (Hurst, Matthew) (Entered: 08/24/2010) |

| | | |
|---|---|---|
| 08/24/2010 | 121 | CERTIFICATE of Service by Matthew Todd Hurst on behalf of Robert F. Booth Trust (Hurst, Matthew) (Entered: 08/24/2010) |
| 08/24/2010 | 122 | MINUTE entry before Honorable Ronald A. Guzman: Hearings regarding Plaintiff's Motion for settlement 97 and Motion for attorneys fees 100 and fairness hearing are reset to 9/10/2010 at 09:30 AM. on Court's own motion. Mailed notice (cjg, ) (Entered: 08/24/2010) |
| 08/25/2010 | 124 | REPLY in support of motion by Theodore H. Frank to intervene and motion to dismiss. (lp, ) (Entered: 08/30/2010) |
| 09/02/2010 | 125 | AFFIDAVIT of Jennifer M. Keough (Attachments: # 1 Exhibit A)(Hurst, Matthew) (Entered: 09/02/2010) |
| 09/02/2010 | 126 | NOTICE by All Parties (Hurst, Matthew) (Entered: 09/02/2010) |
| 09/02/2010 | 127 | CERTIFICATE of Service by Matthew Todd Hurst on behalf of All Plaintiffs (Hurst, Matthew) (Entered: 09/02/2010) |
| 09/07/2010 | 128 | RESPONSE by William C Crowley, Edward S. Lampert, Steven T Mnuchin, Robert W Orlick, Richard C Perry, Ann N Reese, Kevin B Rollins, Emily Scott, Thomas J Tisch to MOTION to intervene and Objection of Theodore H. Frank to Proposed Settlement 117 (Kaul, Ramji) Modified on 9/8/2010 (ca, ). (Entered: 09/07/2010) |
| 09/07/2010 | 129 | SUPPLEMENTAL MEMORANDUM of Law by Robert F. Booth Trust in support of Plaintiffs' Motion to approve attorney fees and expenses 100 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hurst, Matthew) Modified on 9/8/2010 (ca, ). (Entered: 09/07/2010) |
| 09/07/2010 | 130 | NOTICE by Robert F. Booth Trust re memorandum in support of motion, 129 (Hurst, Matthew) (Entered: 09/07/2010) |
| 09/08/2010 | 131 | SUPPLEMENTAL RESPONSE by Plaintiff Robert F. Booth Trust to Objection of Theodore H. Frank 117 (Attachments: # 1 Exhibit A)(Hurst, Matthew) Modified on 9/9/2010 (ca, ). (Entered: 09/08/2010) |
| 09/08/2010 | 132 | NOTICE by Robert F. Booth Trust re Response 131 *and Certificate of Service Supplemental Response to Objection of Theodore H. Frank* (Hurst, Matthew) (Entered: 09/08/2010) |
| 09/08/2010 | 133 | MINUTE entry before Honorable Ronald A. Guzman: For the reasons set forth in this Order, objector Theodore Frank's motion to intervene and dismiss 117 is denied. [For further details see order]. Mailed notice. (srb,) (Entered: 09/09/2010) |
| 09/10/2010 | 134 | MINUTE entry before Honorable Ronald A. Guzman: Fairness hearing held on 9/10/2010. Settlement agreement taken under advisement. Written opinion to be issued. Status hearing will be set after opinion has been issued if necessary. Mailed notice by judge's staff. (srb,) (Entered: 09/10/2010) |

| 09/13/2010 | 135 | Supplemental Materials Regarding Objection of Frank by Robert F. Booth Trust (Attachments: # 1 Affidavit Matthew T. Hurst, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Hurst, Matthew) (Entered: 09/13/2010) |
| --- | --- | --- |
| 09/13/2010 | 136 | NOTICE by Robert F. Booth Trust re other 135 *Supplemental Materials Regarding Objection of Frank* (Hurst, Matthew) (Entered: 09/13/2010) |
| 09/24/2010 | "TYPE=PICT;ALT=*" 137 | JOINT MOTION by Defendants William C Crowley, Edward S. Lampert, Steven T Mnuchin, Robert W Orlick, Richard C Perry, Ann N Reese, Kevin B Rollins, Emily Scott, Thomas J Tisch of Plaintiffs and Individual Defendants to Modify Release Terms in [Amended Proposed] Order & Final Judgment and to Present First Amendment to Amended Stipulation of Settlement in Further Support of Motion to Approve the Settlement (Attachments: # 1 Exhibit, # 2 Exhibit)(Kaul, Ramji) Modified on 9/27/2010 (ca, ). (Entered: 09/24/2010) |
| 09/24/2010 | 138 | NOTICE of Motion by Ramji B. Kaul for presentment of joint motion of plaintiffs and individual defendants to modify release 137 before Honorable Ronald A. Guzman on 9/28/2010 at 09:30 AM. (Kaul, Ramji) Modified on 9/27/2010 (ca, ). (Entered: 09/24/2010) |
| 09/27/2010 | 139 | MINUTE entry before Honorable Ronald A. Guzman: Notice of motion set for 9/28/10 is stricken. JOINT MOTION by Defendants William C Crowley, Edward S. Lampert, Steven T Mnuchin, Robert W Orlick, Richard C Perry, Ann N Reese, Kevin B Rollins, Emily Scott, Thomas J Tisch of Plaintiffs and Individual Defendants to Modify Release Terms in [Amended Proposed] Order & Final Judgment and to Present First Amendment to Amended Stipulation of Settlement in Further Support of Motion to Approve the Settlement 137 is taken under advisement. Mailed notice (cjg, ) (Entered: 09/27/2010) |
| 09/28/2010 | 140 | (Court only) RECEIPT regarding payment of filing fee paid on 9/28/2010 in the amount of $455.00, receipt number 4624047622. (jmp, ) (Entered: 09/29/2010) |
| 09/28/2010 | 142 | NOTICE of appeal by Theodore H. Frank regarding orders 133 (ca, ). (Entered: 10/01/2010) |
| 09/30/2010 | 141 | NOTICE by William C Crowley, Edward S. Lampert, Steven T Mnuchin, Richard C Perry, Ann N Reese, Kevin B Rollins, Emily Scott, Thomas J Tisch *of Firm Name Change* (King, Christopher) (Entered: 09/30/2010) |
| 10/01/2010 | 143 | NOTICE of Appeal Due letter sent to counsel of record. (gel, ) (Entered: |

| | | |
|---|---|---|
| | | 10/01/2010) |
| 10/01/2010 | 144 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 142 . Notified counsel (gel, ) (Entered: 10/01/2010) |
| 10/01/2010 | 145 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 142 ; USCA Case No. 10-3285 (ca, ). (Entered: 10/01/2010) |
| 10/07/2010 | 146 | MINUTE entry before Honorable Ronald A. Guzman: Minute entry dated 9/27/10 [doc. 139] is amended to read as follows: Notice of motion set for 9/28/10 is stricken. Joint motion by Plaintiffs and Individual Defendants (The Individual Defendants are William C. Crowley, Edward S. Lampert, Steven T. Mnuchin, Richard C. Perry, Ann N. Reese, Kevin B. Rollins, Emily Scott, and Thomas J. Tisch) to Modify Release Terms in [Amended Proposed] Order & Final Judgment and to Present First Amendment to Amended Stipulation of Settlement in Further Support of Motion to Approve the Settlement 137 is taken under advisement. Mailed notice Mailed notice (cjg, ) (Entered: 10/07/2010) |
| 10/13/2010 | 147 | SEVENTH CIRCUIT transcript information sheet by Robert F. Booth Trust (ca, ). (Entered: 10/15/2010) |
| 10/15/2010 pdf | 148 | TRANSCRIPT OF PROCEEDINGS held on 9/10/10 before the Honorable Ronald A. Guzman. Court Reporter Contact Information: Nancy LaBella, 312-435-6890, Nancy_LaBella@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 11/5/2010. Redacted Transcript Deadline set for 11/15/2010. Release of Transcript Restriction set for 1/13/2011. (Labella, Nancy) (Entered: 10/15/2010) |
| 10/15/2010 pdf | 149 | TRANSCRIPT OF PROCEEDINGS held on 7/9/10 before the Honorable Ronald A. Guzman. Court Reporter Contact Information: Nancy LaBella, 312-435-6890, Nancy_LaBella@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under |

| | | |
|---|---|---|
| | | Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/5/2010. Redacted Transcript Deadline set for 11/15/2010. Release of Transcript Restriction set for 1/13/2011. (Labella, Nancy) (Entered: 10/15/2010) |
| 10/15/2010<br>pdf | 150 | TRANSCRIPT OF PROCEEDINGS held on 4/19/10 before the Honorable Ronald A. Guzman. Court Reporter Contact Information: Nancy LaBella, 312-435-6890, Nancy_LaBella@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/5/2010. Redacted Transcript Deadline set for 11/15/2010. Release of Transcript Restriction set for 1/13/2011. (Labella, Nancy) (Entered: 10/15/2010) |
| 10/15/2010<br>pdf | 151 | TRANSCRIPT OF PROCEEDINGS held on 3/18/10 before the Honorable Ronald A. Guzman. Court Reporter Contact Information: Nancy LaBella, 312-435-6890, Nancy_LaBella@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/5/2010. Redacted Transcript Deadline set for 11/15/2010. Release of Transcript Restriction set for 1/13/2011. (Labella, Nancy) (Entered: 10/15/2010) |
| 10/15/2010<br>pdf | 152 | TRANSCRIPT OF PROCEEDINGS held on 3/11/10 before the Honorable Ronald A. Guzman. Court Reporter Contact Information: Nancy LaBella, 312-435-6890, Nancy_LaBella@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through |

| | | |
|---|---|---|
| | | the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/5/2010. Redacted Transcript Deadline set for 11/15/2010. Release of Transcript Restriction set for 1/13/2011. (Labella, Nancy) (Entered: 10/15/2010) |
| 10/15/2010<br>pdf | 153 | TRANSCRIPT OF PROCEEDINGS held on 11/9/09 before the Honorable Ronald A. Guzman. Court Reporter Contact Information: Nancy LaBella, 312-435-6890, Nancy_LaBella@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/5/2010. Redacted Transcript Deadline set for 11/15/2010. Release of Transcript Restriction set for 1/13/2011. (Labella, Nancy) (Entered: 10/15/2010) |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**