## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

---

| | | |
|---|---|---|
| ROBERT F. BOOTH TRUST and RONALD GROSS, derivatively on behalf of nominal defendant SEARS HOLDINGS CORPORATION, | ) ) ) | No. 1:09-cv-05314 |
| | ) | |
| Plaintiff, | ) | Hon. Ronald A. Guzmán |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM C. CROWLEY, EDWARD S. LAMPERT, STEVEN T. MNUCHIN, RICHARD C. PERRY, ANN N. REESE, KEVIN B. ROLLINS, EMILY SCOTT, and THOMAS J. TISCH, | ) ) ) ) ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SEARS HOLDINGS CORPORATION, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

---

### MOTION FOR PRESENTMENT OF STATUS

Plaintiffs Robert F. Booth Trust and Ronald Gross respectfully request a status hearing on the issue of this Court's jurisdiction to enter final approval of the settlement. This Court has previously expressed concern that it no longer had jurisdiction over this matter after Mr. Frank appealed the denial of his petition to intervene. [DE 161.] The parties filed a Joint Submission of Authority in response to the Court's concern on May 11, 2011. [DE 162.] Plaintiffs seek this status to answer any questions the Court may have about the Joint Status Report. Defendants have represented that they have no objection to this motion.

Dated: June 30, 2011

**VIANALE & VIANALE LLP**
Kenneth J. Vianale
2499 Glades Road, Suite 112
Boca Raton, Florida 33431
T: 561-392-4750
F: 561-392-4775


**SARRAF GENTILE LLP**
Ronen Sarraf
Joseph Gentile
116 John Street, Suite 2310
New York, New York 10038
T: 212-868-3610
F: 212-918-7967


*Lead Counsel for Plaintiffs*

Respectfully submitted,

*/s/ Matthew T. Hurst*
**SUSMAN HEFFNER & HURST LLP**
Matthew T. Hurst
Two First National Plaza, Suite 600
Chicago, Illinois 60603
T: 312-346-3466
F: 312-346-2829
*Liaison Counsel for Plaintiffs*