# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Robert F. Booth Trust

                      Plaintiff,

v.

William C Crowley, et al.

                      Defendant.

Case No.: 1:09−cv−05314
Honorable Ronald A. Guzman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 11, 2011:

    MINUTE entry before Honorable Ronald A. Guzman: Notice of motion set for 7/14/11 is stricken. Motion by Plaintiff Robert F. Booth Trust for Presentment of Status [164] is denied. Court will notify parties if status is required. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.