IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT F. BOOTH TRUST, derivatively on behalf of nominal defendant SEARS HOLDINGS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM C. CROWLEY, EDWARD S. LAMPERT, STEVEN T. MNUCHIN, RICHARD C. PERRY, ANN N. REESE, KEVIN D. ROLLINS, EMILY SCOTT, and THOMAS J. TISCH,<br><br>Defendants,<br><br>and<br><br>SEARS HOLDINGS CORPORATION<br><br>Nominal Defendant. | No. 1:09-cv-05314<br><br>Hon. Ronald A. Guzmán |

## DEFENDANTS' STATUS REPORT

Defendants submit this Joint Status Report pursuant to the Court's November 2, 2011 Order (Docket # 170) to clarify one statement in the Status Report filed by Plaintiffs on November 3, 2011 (Docket # 171). If the settlement is approved by this Court and becomes final, Sears Holdings Corp. ("Sears") will seek to add an independent director at or before its 2012 Annual

Meeting. Sears expects to mail the proxy for the 2012 Annual meeting in mid-March 2012 or later, not February, 2012 as Plaintiffs' Status Report states.

Dated: November 9, 2011           Respectfully Submitted,

For the Nominal Defendant:          For the Individual Defendants:

By:    /s/ Kristen E. Hudson           By: /s/ Christopher Q. King
     One of their Attorneys              One of their Attorneys

Paula E. Litt, Esq.                     Christopher Q. King, Esq.
Kristen E. Hudson, Esq.               Ramji Kaul, Esq.
SCHOPF & WEISS LLP               SNR DENTON US LLP
One South Wacker Drive              233 South Wacker Drive, Suite 7800
28th Floor                                Chicago, Illinois 60606
Chicago, Illinois 60606                Tel.: (312) 876-8000
Tel.: (312) 701-9300                   Fax: (312) 876-7934
Fax: (312) 701-9335

                                            Paul Vizcarrondo, Jr.
                                            Jonathan M. Moses
                                            WACHTELL, LIPTON, ROSEN & KATZ
                                            51 West 52nd Street
                                            New York, New York 10019
                                            Tel.: (212) 403-1000
                                            Fax: (212) 403-2000

1297088

## CERTIFICATE OF SERVICE

      Christopher Q. King, an attorney, certifies that on November 9, 2011 he electronically filed the foregoing **NOTICE OF FILING** and **DEFENDANTS' STATUS REPORT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to registered parties as well as to those via U.S. mail as identified below:

Theodore H. Frank
901 N. Monroe St., #1007
Arlington, VA 22201

                                                /s/ Christopher Q. King
                                                Christopher Q. King

12973269