UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ROBERT F. BOOTH TRUST, derivatively on behalf of nominal defendant SEARS HOLDINGS CORPORATION, | ) ) ) ) ) | No. 09 C 5314 |
| Plaintiff, | ) ) | Hon. Ronald A. Guzman |
| v. | ) ) | |
| WILLIAM C. CROWLEY, EDWARD S. LAMPERT, STEVEN T. MNUCHIN, RICHARD C. PERRY, ANN N. REESE, KEVIN B. ROLLINS, EMILY SCOTT, and THOMAS J. TISCH, | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| SEARS HOLDINGS CORPORATION, | ) ) | |
| Nominal Defendant. | ) ) | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that two of the counsel for Plaintiff-Appellant, Ronen Sarraf and Joseph Gentile, have changed addresses to the following:

> Sarraf Gentile LLP
> 450 Seventh Avenue, Suite 1900
> New York, New York 10123
> Telephone: (212) 868-3610
> Facsimile: (212) 918-7967

Please send all notices, correspondence, and pleadings to Mssrs. Sarraf and Gentile at the above address.

/s/ Matthew T. Hurst
One of the Attorneys for Plaintiffs

**SUSMAN HEFFNER & HURST LLP**
Matthew T. Hurst
Two First National Plaza
Suite 600
Chicago, Illinois 60603
T: 312-346-3466
F: 312-346-2829

**SARRAF GENTILE LLP**
Ronen Sarraf
Joseph Gentile
450 Seventh Avenue, Suite 1900
New York, New York 10123
T: 212-868-3610
F: 212-918-7967

**VIANALE & VIANALE LLP**
Kenneth J. Vianale
2499 Glades Road, Suite 112
Boca Raton, Florida 33431
T: 561-392-4750
F: 561-392-4775


Dated:   November 22, 2011

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on November 22, 2011, he caused true copies of the foregoing **NOTICE OF CHANGE OF ADDRESS** to be served upon to be served upon all counsel of record using the Court's CM/ECF system and upon the following individuals:

CM/ECF system:

> David Geerdes
> James A. Klenk
> Christopher Q. King
> Sonnenschein Nath &
>     Rosenthal LLP
> 7800 Sears Tower
> 233 South Wacker Drive
> Chicago, Illinois 60606

> Paula E. Litt
> Kristen E. Hudson
> Schopf & Weiss LLP
> One South Wacker Drive
> 28th Floor
> Chicago, Illinois 60606

and on the following individuals via first class mail, postage pre-paid:

> Paul Vizcarrondo, Jr.
> Wachtell, Lipton, Rosen & Katz
> 51 West 52nd Street
> New York, NY 10019

> Theodore H. Frank
> 901 North Monroe Street, Apt. 107
> Arlington, Virginia 22201

> Jonathon R. LaChapelle
> Wachtell, Lipton, Rosen & Katz
> 51 West 52nd Street
> New York, NY 10019

> */s/ Matthew T. Hurst*
> One of the Plaintiff's Attorneys